IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MERRIWEATHER,<br><br>    Defendant. | **4:22CR3121**<br><br>**ORDER** |

At Defendant's request,

IT IS ORDERED:

  1)  The defendant shall be released at 8:30 am on Oct. 19, 2022 to Naeisha Williams.

  2)  He shall appear at his state court hearing in Nebraska City at 10:30 a.m. on October 19, 2022, and immediately upon the conclusion of that hearing, travel to the Stephens Center to begin treatment.

  3)  All other conditions of Defendant's pretrial release are unchanged.

  4)  Promptly after it is entered, the clerk shall email a copy of this order to the Marshal.

Dated this 18th day of October, 2022.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge